United States District Court
Southern District of Indiana
New Albany Division

Deanne Konkle, Plaintiff
vs.
Jamey Noel, etal, Defendants

Case No. 4:25-cv-00210-SEB-KMB

Defendant Noel's additional list of witnesses
Found during Plaintiff's Interrogatories.

1. Comes now Defendant Noel, pro se, pursuant to witnesses discovered during the Plaintiff's First Set of Interrogatories from Defendant Noel, submits the following list of additional witness to be used by Defendant Noel.

2. Attorney Bart McMahon of Louisville, KY will be used to refute statements made by the Plaintiff in her Interrogatories.

3. Attorney Larry O. Wilder of Jeffersonville, IN will be used to refute statements made by the Plaintiff in her Interrogatories.

Date: July 6, 2026

[signature]
Jamey Noel, Movant

NAME: Noel Gamey
DOC: 301710 BED: 1M4-213A
NCCF LAW LIBRARY
P.O. BOX A
NEW CASTLE, IN 47362

INDIANAPOLIS IN 460
8 JUL 2026 PM 4 L

quadient
FIRST-CLASS MAIL
IMI
$000.74
07/06/2026 ZIP 47362
043M31261167
US POSTAGE

U.S. DISTRICT COURT
121 WEST SPRING STREET, RM. 210
NEW ALBANY, IN 47150

FILED
JUL 16 2026
U.S. DISTRICT COURT
NEW ALBANY, INDIANA

RECEIVED
JUL 02 2026
NCCF LAW LIBRARY
LEGAL MAIL

47150-367399