UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**DENISE KONKLE,**

*Plaintiff*

**V.** **CASE NO. 4:25-CV-00210-SEB-KMB**

**CHARLES MOON, CONNIE MOON, DANIEL SHORT, HEATHER ARCHIBALD PETERS, AND JAMEY NOEL,**

*Defendants*

## ORDER GRANTING JOINT MOTION TO MODIFY THE CASE MANAGEMENT PLAN

This matter comes before the Court on the parties' Joint Motion to Modify the Case Management Plan to Extend Discovery and Related Deadlines. The Court, having considered the Motion and being duly advised, now **GRANTS** the Motion. [Dkt. 38.]

IT IS THEREFORE ORDERED that the Case Management Plan (Dkt. 21) is modified as follows: the deadline to complete non-expert witness and liability discovery is extended from September 25, 2026 **to and including November 24, 2026**; the deadline for the party with the burden of proof on a claim or defense to file a statement pursuant to the CMP is extended to be **December 1, 2026**; the deadline for objections to expert testimony **is 120 days prior to trial**; the dispositive motion deadline is extended from October 23, 2026 **to and including December 22, 2026**; the deadline for Plaintiff's expert witness disclosures is extended from October 24, 2026 **to and including December 23, 2026**; the deadline for Defendants' expert witness disclosures is extended from November 24, 2026 **to and including January 25, 2027**; the deadline for the parties' final witness and exhibit lists is extended from December 24, 2026 to and including

**February 22, 2027**, and the deadline to complete expert witness and damages discovery is extended from January 24, 2027 **to and including March 25, 2027**. Because these deadline extensions request the final pretrial conference date and jury trial as currently set, [dkt. 24], the final pretrial conference date and trial date are **VACATED** and will be reset by the District Judge at a time deemed appropriate by the District Judge.

SO ORDERED.

Date: 7/23/2026

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Jamey Noel, DOC #301710
New Castle Correctional Facility – Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
New Castle, IN 47362