UNITED STATES DISTRICT COURT
Southern DISTRICT OF INDIANA
New Albany DIVISION

Deanne Konkle, )
Plaintiff, )
)
v. ) Case No. 4:25-cv-00210-SEB-KMB
)
Jamey Noel et al, )
Defendant(s) )

## NOTICE OF FILING REQUEST FOR PRODUCTION OF DOCUMENTS

Comes now, the ~~Plaintiff~~ Defendant Jamey Noel, *pro-se*, and gives notice to the court that on July 16, 2026, the ~~Plaintiff~~ Defendant submitted his first set of Interrogatories to be answered by ~~Defendants~~ Plaintiff, Deanne Konkle and request for production of Documents upon Non Party J. Bart McMahon, Attorney.

~~Plaintiff~~, *pro-se*
Defendant

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a true and accurate copy of the foregoing Notice has been duly served upon J. Bert McMahon, Attorney, Schad Law Office, Knightlinger an Gray Law, and U.S. District Court for Southern Indiana by personally handing the same to the appropriate staff at the New Castle Correctional Facility to be placed in the facility's prison legal mail system and deposit in the United States mail, First-Class postage prepaid, on this 16 day of July, 2026.

~~Plaintiff~~, *pro-se* Defendant Jamey Noel

DOC # 301710

New Castle Correctional Facility

P. O. BOX A

New Castle, IN 47362-1041

NAME: Noel, Lamey
DOC: 301710 BED: M4-213A
NCCF LAW LIBRARY
P.O. BOX A
NEW CASTLE, IN 47362

INDIANAPOLIS IN 460
LOUISVILLE KY 400
21 JUL 2026 PM 6 L
25 JUL 2026 PM 1 L

quadient
FIRST-CLASS MAIL
IMI
$001.07
07/17/2026 ZIP 47362
043M31261187
US POSTAGE

U.S. District Court
Southern District of Indiana
141 West Spring Street
New Albany, IN 47150

FILED
JUL 31 2026
U.S. DISTRICT COURT
NEW ALBANY, INDIANA

RECEIVED
JUL 16 2026
NCCF LAW LIBRARY

LEGAL MAIL

[redacted]